# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00388-CV

**Jesus Manuel Miranda, Jr., Appellant**

**v.**

**Elizabeth Espinoza and the Office of the Attorney General of Texas, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-AG-07-000503, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The trial court's judgment in this case was signed on March 25, 2016, making appellant's notice of appeal due no later than April 24.  *See* Tex. R. App. P. 26.1(a)(1).  Appellant filed his notice of appeal on June 6, well beyond the deadline and the additional 15-day window for seeking an extension of the deadline.  *See id.* R. 26.3.  On June 14, this Court requested that appellant explain how this Court might have jurisdiction over the appeal, *see id.* R. 9.2(b), and cautioned appellant that his response must be received no later than June 24, or the appeal would be dismissed for want of jurisdiction.  To date, no response has been received.  Accordingly, the appeal is dismissed for want of jurisdiction.  *See id.* R. 42.3(a), (c).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed for Want of Jurisdiction

Filed: July 14, 2016